THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERAMIE D. HUBBLE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, *Acting Commissioner of Social Security*,<br><br>　　　　　Defendant. | CASE NO. C12-0876-JCC<br><br>ORDER |

　　　The Court, having considered Plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

　　　(1)　The Court ADOPTS the Report and Recommendation. (Dkt. No. 17.)

　　　(2)　The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

　　　(3)　The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

//

//

ORDER
PAGE - 1

1     DATED this 19th day of April 2013.

                                                                         John C. Coughenour
                                                                         UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2